**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Cordial Logistics, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3292576** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **379 Centerville Road**<br>**Rock Cave, WV 26234**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Upshur**<br>County | **Location of principal assets, if different from principal place of business**<br>**DC&S Truck & Trailer**<br>**1860 US 33 Weston, WV 26452**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

■  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4841</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7

☐  Chapter 9

■  Chapter 11. *Check **all** that apply:*

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■  No.

☐  Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

No. 24-br-00232    Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 3 of 64

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

█  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

5/01/24  5:36PM

Debtor    Cordial Logistics, LLC
Name

Case number *(if known)*

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/01/2024**
               MM / DD / YYYY

**X** **/s/ David Cordial**                              **David Cordial**
    Signature of authorized representative of debtor        Printed name

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ Martin P. Sheehan**                        Date  **5/01/2024**
    Signature of attorney for debtor                         MM / DD / YYYY

**Martin P. Sheehan 4812**
Printed name

**SHEEHAN & ASSOCIATES, P.L.L.C.**
Firm name

**1140 Main St., Ste 333**
**Wheeling, WV 26003**
Number, Street, City, State & ZIP Code

Contact phone    **304-232-1064**        Email address    **martin@msheehanlaw.net**

**4812 WV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|

Debtor name    **Cordial Logistics, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/01/2024**              *X* **/s/ David Cordial**
                                        Signature of individual signing on behalf of debtor

                                        **David Cordial**
                                        Printed name

                                        **Owner**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cordial Logistics, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TLG Peterbuilt - Louisville 4415 Hamburg Pike Jeffersonville, IN 47130** | | **2020 Peterbuilt Truck VIN 1XPXD49X1LD648 419 Truck # 724** | | $190,900.00 | $130,000.00 | $60,900.00 |
| **TLG Peterbuilt - Louisville 4415 Hamburg Pike Jeffersonville, IN 47130** | | **2020 Peterbuilt Truck VIN 1XPXD49X6LD648 416 Truck # 726** | | $190,900.00 | $130,000.00 | $60,900.00 |
| **TLG Peterbuilt - Louisville 4415 Hamburg Pike Jeffersonville, IN 47130** | | **2019 Peterbuilt Truck VIN 1XPXD49X6KD602 681 Truck # 730** | | $192,900.00 | $135,000.00 | $57,900.00 |
| **TLG Peterbuilt - Louisville 4415 Hamburg Pike Jeffersonville, IN 47130** | | **2023 Peterbuilt Truck VIN 1XPXD49X6PD891 956 Truck # 740** | | $214,357.50 | $170,000.00 | $44,357.50 |
| **Ally Bank 200 Renaissance Center Detroit, MI 48243** | | **2020 Peterbuilt Truck VIN 1XPXD49X7LD640 728 Truck # 731** | | $190,495.00 | $150,000.00 | $40,495.00 |
| **Auto Now Acceptance 302 Market St Portsmouth, OH 45662** | | **2018 Trail King Penumatic Trailer VIN 1TKP04224JW105 975 Trailer #111** | | $58,506.00 | $35,220.73 | $23,285.27 |

| Debtor | **Cordial Logistics, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Siemens Financial Services 600 N Cedar Hollow Road Paoli, PA 19301 | | 2023 Mac Pneumatic Trailer VIN 5MATA4222PA071214 Trailer # 131 | | $110,500.00 | $95,000.00 | $15,500.00 |
| JB&B Capital 109 S Northshore Dr Ste 200 Knoxville, TN 37919 | | 2005 Trailer King Pneumatic Trailer VIN 1TKH042215B087565 Trailer # 120 | | $37,013.54 | $22,000.00 | $15,013.54 |
| JB&B Capital 109 S Northshore Dr Ste 200 Knoxville, TN 37919 | | 2016 Mac Pneumatic Trailer VIN 558MGAM27GB002046 Trailer # 523 | | $66,142.44 | $55,000.00 | $11,142.44 |
| American Express PO Box 60189 City of Industry, CA 91716-0189 | | Credit card purchases | | | | $8,786.12 |
| Auto Now Acceptance 302 Market St Portsmouth, OH 45662 | | 2016 Mac Pneumatic Trailer VIN 558MGAM2XGK001831 Trailer # 112 | | $32,576.00 | $23,845.00 | $8,731.00 |
| Wex Fleet One 1104 Country Hills Drive, 6th FL Ogden, UT 84403 | | Fuel Cards for Truck Fleet | | | | $7,409.71 |
| Santander Bank, N.A. PO Box 847386 Boston, MA 02284-7386 | | 2023 Mac Pneumatic Trailer VIN 5MATA4224PA071215 Trailer # 137 | | $102,271.00 | $95,000.00 | $7,271.00 |
| Siemens Financial Services 600 N Cedar Hollow Road Paoli, PA 19301 | | 2018 Mac Dump Trailer VIN 5MADN4024JW043971 Trailer # 136 | | $66,398.00 | $60,000.00 | $6,398.00 |
| Comdata PO Box 100647 Atlanta, GA 30384-0647 | | Gas Cards for Truck Fleet | | | | $4,594.87 |

5/01/24 5:36PM

Debtor **Cordial Logistics, LLC**
_____
      Name

Case number _(if known)_ _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346** | | **Form 2290, Heavy Highway Vehicle Use Taxes Due** | | | | **$4,400.00** |
| **Martin's Peterbuilt of Eastern Kentucky 174 Old Whitley Rd London, KY 40744** | | **Trade debt** | | | | **$2,850.00** |
| **Blue Ridge Financial 535 Washington Street Buffalo, NY 14203** | | **2016 Mac Pneumatic Trailer VIN 558MGAM23GK001251 Trailer #113** | | **$40,076.00** | **$37,327.06** | **$2,748.94** |
| **Blue Ridge Financial 535 Washington Street Buffalo, NY 14203** | | **2016 Mac Pneumatic Trailer VIN 558MGAM21GK001250 Trailer # 140** | | **$40,076.00** | **$37,327.62** | **$2,748.38** |
| **Blue Ridge Financial 535 Washington Street Buffalo, NY 14203** | | **2016 Mac Pneumatic Trailer VIN 558MGAM24GK001257 Trailer # 114** | | **$40,076.00** | **$37,327.62** | **$2,748.38** |

Fill in this information to identify the case:

Debtor name    **Cordial Logistics, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................    $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................    $      **2,666,475.43**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................    $      **2,666,475.43**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **2,785,831.67**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $      **4,400.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$      **23,640.70**

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                                  $      **2,813,872.37**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cordial Logistics, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank of WV** | **Business Checking** | 8277 | $59,569.56 |
| 3.2. | **First Community Bank** | **Secondary Business Account** | 3391 | $167.52 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $59,737.08

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor  **Cordial Logistics, LLC**                                    Case number *(If known)* _____
        Name

| 11a. 90 days old or less: | **996,809.65** | - | **73,837.77** | = ... | **$922,971.88** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

**12.**  **Total of Part 3.**                                                                 **$922,971.88**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **1 Desk** | **$850.00** | **Comparable sale** | **$600.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **1 Laptop** | **$499.00** | **Comparable sale** | **$350.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$950.00** |
|---|---|---|---|---|

     Add lines 39 through 42.  Copy the total to line 86.

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

Debtor  **Cordial Logistics, LLC**                                Case number *(If known)* _____
        Name

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2020 Mac Pneumatic Trailer**<br>**VIN 5MATA4220LX053236**<br>**Trailer #110** | **Unknown** | | **$90,000.00** |
| 47.2.  **2018 Trail King Penumatic Trailer**<br>**VIN 1TKP04224JW105975**<br>**Trailer #111** | **Unknown** | | **$35,220.73** |
| 47.3.  **2016 Mac Pneumatic Trailer**<br>**VIN 558MGAM2XGK001831**<br>**Trailer # 112** | **$0.00** | | **$23,845.00** |
| 47.4.  **2016 Mac  Pneumatic Trailer**<br>**VIN 558MGAM23GK001251**<br>**Trailer #113** | **$0.00** | | **$37,327.06** |
| 47.5.  **2016 Mac Pneumatic Trailer**<br>**VIN 558MGAM24GK001257**<br>**Trailer # 114** | **$0.00** | | **$37,327.62** |
| 47.6.  **2005 Trailer King Pneumatic Trailer**<br>**VIN 1TKH042215B087565**<br>**Trailer # 120** | **$0.00** | | **$22,000.00** |
| 47.7.  **2019 Mac Pneumatic Trailer**<br>**VIN 5MATA4228KX048090**<br>**Trailer # 127** | **$0.00** | | **$74,381.40** |
| 47.8.  **2016 Reitnouer Flat Bed Trailer**<br>**VIN 1RNF48A25GR036928**<br>**Trailer # 128** | **$0.00** | | **$35,000.00** |
| 47.9.  **2023 Mac Pneumatic Trailer**<br>**VIN 5MATA4222PA071214**<br>**Trailer # 131** | **$0.00** | | **$95,000.00** |

Debtor  **Cordial Logistics, LLC**                                   Case number *(if known)*
        Name

| | | | | |
|---|---|---|---|---|
| 47.10 · | **2019 Trail King Pneumatic Trailer**<br>**VIN 1TKP04228KW067152**<br>**Trailer # 132** | **Unknown** | 61506 | **$61,506.00** |
| 47.11 · | **2004 Heil Pneumatic Trailer**<br>**VIN 5HTSN422547T09679**<br>**Trailer # 135**<br>**NO LIEN** | **$0.00** | | **Unknown** |
| 47.12 · | **2018 Mac Dump Trailer**<br>**VIN 5MADN4024JW043971**<br>**Trailer # 136** | **$0.00** | | **$60,000.00** |
| 47.13 · | **2023 Mac Pneumatic Trailer**<br>**VIN 5MATA4224PA071215**<br>**Trailer # 137** | **$0.00** | | **$95,000.00** |
| 47.14 · | **2019 Mac Pneumatic Trailer**<br>**VIN 5MATA4221KX048089**<br>**Trailer # 139** | **$0.00** | | **$74,381.04** |
| 47.15 · | **2016 Mac Pneumatic Trailer**<br>**VIN 558MGAM21GK001250**<br>**Trailer # 140** | **$0.00** | | **$37,327.62** |
| 47.16 · | **2001 Dorsey Flat Bed Trailer**<br>**1DTP80Z261G056889**<br>**Trailer # 150**<br>**NO LIEN** | **$0.00** | | **Unknown** |
| 47.17 · | **1999 Heil Pneumatic Trailer**<br>**VIN 5HTSN4123X7T06740**<br>**Trailer # 526** | **$0.00** | | **$18,000.00** |
| 47.18 · | **2016 Mac Pneumatic Trailer**<br>**VIN 5MATA4221GA032940**<br>**Trailer # 1128** | **$0.00** | | **$45,000.00** |
| 47.19 · | **2023 Peterbuilt Truck**<br>**VIN 1XPXD49X6PD891956**<br>**Truck # 740** | **$0.00** | | **$170,000.00** |
| 47.20 · | **2019 Peterbuilt Truck**<br>**VIN 1XPXD49X6KD602681**<br>**Truck # 730** | **$0.00** | | **$135,000.00** |
| 47.21 · | **2020 Peterbuilt Truck**<br>**VIN 1XPXD49X6LD648416**<br>**Truck # 726** | **$0.00** | | **$130,000.00** |

Debtor **Cordial Logistics, LLC**               Case number *(If known)* _____
　　　　　Name

| | | |
|---|---|---|
| 47.22 **2020 Peterbuilt Truck** VIN 1XPXD49X1LD648419 Truck # 724 | $0.00 | $130,000.00 |
| 47.23 **2018 Peterbuilt Truck** VIN 1XPXD49X2JD488306 Truck # 729 | $0.00 | $125,000.00 |
| 47.24 **2016 Mac Pneumatic Trailer** VIN 558MGAM27GB002046 Trailer # 523 | $0.00 | $55,000.00 |
| 47.25 **2019 Mac Pneumatic Trailer** VIN 5MATA422XKX048091 Trailer #130 | $0.00 | $70,000.00 |

48.　**Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.　**Aircraft and accessories**

50.　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| GPS, IFTA Trackers for Trucks (25) | $0.00 | $5,500.00 |
| Forklift | $0.00 | $21,000.00 |

51.　**Total of Part 8.**                     **$1,682,816.47**

Add lines 47 through 50.  Copy the total to line 87.

52.　**Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**　**Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**　**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**　**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor   **Cordial Logistics, LLC**                                    Case number *(If known)* _____
          Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Cordial Logistics, LLC**_____   Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $59,737.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $922,971.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,682,816.47 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,666,475.43 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,666,475.43 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cordial Logistics, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally Bank**<br>Creditor's Name<br><br>**200 Renaissance Center**<br>**Detroit, MI 48243**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2020 Peterbuilt Truck**<br>**VIN 1XPXD49X7LD640728**<br>**Truck # 731**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $190,495.00 | $150,000.00 |
| **2.2** **AMUR Equipment Finance**<br>Creditor's Name<br><br>**PO Box 2555**<br>**Grand Island, NE 68801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2018 Peterbuilt Truck**<br>**VIN 1XPXD49X2JD488306**<br>**Truck # 729**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | Unknown | $125,000.00 |

5/01/24 5:36PM

Debtor No. 2:24-bk-00282  Cordial Logistics, LLC  Doc 1  Filed 05/01/24  Entered 05/01/24 17:39:46  Page 19 of 64
                                                                                          Case number (if known)

Name

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Auto Now Acceptance** | **Describe debtor's property that is subject to a lien** | $58,506.00 | $35,220.73 |
|---|---|---|---|---|

Creditor's Name

**302 Market St**
**Portsmouth, OH 45662**

Creditor's mailing address

**2018 Trail King Penumatic Trailer**
**VIN 1TKP04224JW105975**
**Trailer #111**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2892**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Auto Now Acceptance** | **Describe debtor's property that is subject to a lien** | $32,576.00 | $23,845.00 |
|---|---|---|---|---|

Creditor's Name

**302 Market St**
**Portsmouth, OH 45662**

Creditor's mailing address

**2016 Mac Pneumatic Trailer**
**VIN 558MGAM2XGK001831**
**Trailer # 112**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3518**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Auto Now Acceptance** | **Describe debtor's property that is subject to a lien** | Unknown | $18,000.00 |
|---|---|---|---|---|

Creditor's Name

**302 Market St**
**Portsmouth, OH 45662**

Creditor's mailing address

**1999 Heil Pneumatic Trailer**
**VIN 5HTSN4123X7T06740**
**Trailer # 526**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Debtor Cordial Logistics, LLC

Name

Case number (if known)

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Blue Ridge Financial** | Describe debtor's property that is subject to a lien | $40,076.00 | $37,327.06 |
|---|---|---|---|---|

Creditor's Name

**2016 Mac  Pneumatic Trailer**
**VIN 558MGAM23GK001251**
**Trailer #113**

**535 Washington Street**
**Buffalo, NY 14203**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known     ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**     ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6914**

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:** Check all that apply

■ No     ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.     ☐ Unliquidated

☐ Disputed

---

| 2.7 | **Blue Ridge Financial** | Describe debtor's property that is subject to a lien | $40,076.00 | $37,327.62 |
|---|---|---|---|---|

Creditor's Name

**2016 Mac Pneumatic Trailer**
**VIN 558MGAM24GK001257**
**Trailer # 114**

**535 Washington Street**
**Buffalo, NY 14203**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known     ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**     ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7809**

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:** Check all that apply

■ No     ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.     ☐ Unliquidated

☐ Disputed

---

| 2.8 | **Blue Ridge Financial** | Describe debtor's property that is subject to a lien | $72,326.00 | $74,381.40 |
|---|---|---|---|---|

5/01/24 5:36PM

Debtor No. 2:24-bk-00282c   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 21 of 64
Cordial Logistics, LLC                                    Case number (if known)
Name

| | |
|---|---|
| Creditor's Name | 2019 Mac Pneumatic Trailer<br>VIN 5MATA4228KX048090<br>Trailer # 127 |
| **535 Washington Street**<br>**Buffalo, NY 14203** | |
| Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**6530** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.9 | **Blue Ridge Financial** | **Describe debtor's property that is subject to a lien** | $72,326.00  $74,381.04 |
| | Creditor's Name | **2019 Mac Pneumatic Trailer**<br>**VIN 5MATA4221KX048089**<br>**Trailer # 139** | |
| | **535 Washington Street**<br>**Buffalo, NY 14203** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security** | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number**<br>**6426** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | | | |
|---|---|---|---|
| 2.10 | **Blue Ridge Financial** | **Describe debtor's property that is subject to a lien** | $40,076.00  $37,327.62 |
| | Creditor's Name | **2016 Mac Pneumatic Trailer**<br>**VIN 558MGAM21GK001250**<br>**Trailer # 140** | |
| | **535 Washington Street**<br>**Buffalo, NY 14203** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

5/01/24  5:36PM

Debtor  No. 2:24-bk-00282   Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 22 of 64
Cordial Logistics, LLC                                    Case number (if known)

**Name**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **JB&B Capital** | Describe debtor's property that is subject to a lien | $85,026.08 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

**109 S Northshore Dr Ste 200**
**Knoxville, TN 37919**

Creditor's mailing address

**2020 Mac Pneumatic Trailer**
**VIN 5MATA4220LX053236**
**Trailer #110**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**9004**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **JB&B Capital** | Describe debtor's property that is subject to a lien | $37,013.54 | $22,000.00 |
|---|---|---|---|---|

Creditor's Name

**109 S Northshore Dr Ste 200**
**Knoxville, TN 37919**

Creditor's mailing address

**2005 Trailer King Pneumatic Trailer**
**VIN 1TKH042215B087565**
**Trailer # 120**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**9003**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **JB&B Capital** | Describe debtor's property that is subject to a lien | $66,142.44 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**109 S Northshore Dr Ste 200**
**Knoxville, TN 37919**

**2016 Mac Pneumatic Trailer**
**VIN 558MGAM27GB002046**
**Trailer # 523**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  5 of 11

5/01/24  5:36PM

Debtor No. 2:24-bk-00282c     Doc 1     Filed 05/01/24     Entered 05/01/24 17:39:46     Page 23 of 64
Cordial Logistics, LLC                                              Case number (if known)

Name

Creditor's mailing address | Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9005**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **JB&B Capital** | Describe debtor's property that is subject to a lien | $0.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name
**109 S Northshore Dr Ste 200**
**Knoxville, TN 37919**
Creditor's mailing address

**2016 Reitnouer Flat Bed Trailer**
**VIN 1RNF48A25GR036928**
**Trailer # 128**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Lease Direct** | Describe debtor's property that is subject to a lien | Unknown | $21,000.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 6980**
**Wayne, PA 19087**
Creditor's mailing address

**Forklift**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**
**5/19/2023**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2919**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

5/01/24 5:36PM

Debtor No. 2:24-bk-00282    Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 24 of 64
Name                Cordial Logistics, LLC                    Case number (if known)

☐ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | **M&T CREDIT SERVICES, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $45,000.00 |
| | Creditor's Name | **2016 Mac Pneumatic Trailer** | | |
| | | **VIN 5MATA4221GA032940** | | |
| | **PO BOX 900** | **Trailer # 1128** | | |
| | **Millsboro, DE 19966** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **PNC Equipment Finance** | Describe debtor's property that is subject to a lien | $61,506.00 | $61,506.00 |
| | Creditor's Name | **2019 Trail King Pneumatic Trailer** | | |
| | **655 Business Center Dr #250** | **VIN 1TKP04228KW067152** | | |
| | **Horsham, PA 19044** | **Trailer # 132** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **6014** | | | |

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Santander Bank, N.A.** | Describe debtor's property that is subject to a lien | $102,271.00 | $95,000.00 |
| | Creditor's Name | **2023 Mac Pneumatic Trailer** | | |
| | | **VIN 5MATA4224PA071215** | | |
| | **PO Box 847386** | **Trailer # 137** | | |
| | **Boston, MA 02284-7386** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |

5/01/24 5:36PM

Debtor No. 2:24-bk-00282  Cordial Logistics, LLC  Doc 1  Filed 05/01/24  Entered 05/01/24 17:39:46  Page 25 of 64
Name                                                      Case number (if known)

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8938**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **Siemens Financial Services** | **Describe debtor's property that is subject to a lien** | $110,500.00 | $95,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 N Cedar Hollow Road**
**Paoli, PA 19301**

**2023 Mac Pneumatic Trailer**
**VIN 5MATA4222PA071214**
**Trailer # 131**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2858**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **Siemens Financial Services** | **Describe debtor's property that is subject to a lien** | $66,398.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 N Cedar Hollow Road**
**Paoli, PA 19301**

**2018 Mac Dump Trailer**
**VIN 5MADN4024JW043971**
**Trailer # 136**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3377**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor    Cordial Logistics, LLC                                    Case number (if known)
              Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2.1 | **Simmons Bank** | | $72,326.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**501 W Washington Avenue**
**Jonesboro, AR 72401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Mac Pneumatic Trailer**
**VIN 5MATA422XKX048091**
**Trailer #130**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2.2 | **TLG Peterbuilt - Louisville** | | $214,357.50 | $170,000.00 |
|---|---|---|---|---|

Creditor's Name

**4415 Hamburg Pike**
**Jeffersonville, IN 47130**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4325**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Peterbuilt Truck**
**VIN 1XPXD49X6PD891956**
**Truck # 740**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2.3 | **TLG Peterbuilt - Louisville** | | $192,900.00 | $135,000.00 |
|---|---|---|---|---|

Creditor's Name

**4415 Hamburg Pike**
**Jeffersonville, IN 47130**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Peterbuilt Truck**
**VIN 1XPXD49X6KD602681**
**Truck # 730**

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 11

5/01/24  5:36PM

Debtor No. 2:24-bk-00232c Name Doc 1 Filed 05/01/24 Entered 05/01/24 17:39:46 Page 27 of 64
Cordial Logistics, LLC Case number (if known)

Purchase Money Security
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4242

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | | | | |
|---|---|---|---|---|

**TLG Peterbuilt - Louisville**
Creditor's Name

4415 Hamburg Pike
Jeffersonville, IN 47130
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4194

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2020 Peterbuilt Truck
VIN 1XPXD49X6LD648416
Truck # 726

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$190,900.00        $130,000.00

---

| 2.2 5 | | | | |
|---|---|---|---|---|

**TLG Peterbuilt - Louisville**
Creditor's Name

4415 Hamburg Pike
Jeffersonville, IN 47130
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2020 Peterbuilt Truck
VIN 1XPXD49X1LD648419
Truck # 724

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$190,900.00        $130,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 11

5/01/24 5:36PM

Debtor No. 2:24-bk-00282   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 28 of 64
Cordial Logistics, LLC                                          Case number (if known)
Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 6 | **Triumph Business Capital** | Describe debtor's property that is subject to a lien | $849,134.11 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**all assets now owned and hereafter acquired including Accounts, Chattel Paper, Deposit Accounts, Inventory, Equipment, Instruments, Investment Property, Documents, Letter of Credit Rights, Commercial Tort Claims, and General Intangibles.**

**651 Canyon Drive, Suite 105
Coppell, TX 75019**

Creditor's mailing address

Describe the lien
**See 11a Note**

Is the creditor an insider or related party?

- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**June 30, 2021**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,785,831.67

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Riley Rodgers, Esq.**<br>**Keith D. Weiner & Associates Co., L.P.A.**<br>**1100 Superior Ave East, Ste 1100**<br>**Cleveland, OH 44114** | Line _2.1_ | |

---

Fill in this information to identify the case:

Debtor name **Cordial Logistics, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,400.00 | $0.00 |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Form 2290, Heavy Highway Vehicle Use Taxes Due** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8 | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 60189**<br>**City of Industry, CA 91716-0189**<br>Date(s) debt was incurred **Revolving**<br>Last 4 digits of account number **1001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | $8,786.12 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Ascentium Capital**<br>**23970 US-59**<br>**Kingwood, TX 77339**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **9903** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **2005 Tremcar Pneumatic Trailer VIN 2TLHB42205B001484 Trailer # 133**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

5/01/24 5:36PM

Debtor No. 2:24-bk-00282    Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 30 of 64
    Cordial Logistics, LLC              Case number (if known)
    Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ascentium Capital**
23970 US-59
Kingwood, TX 77339

Date(s) debt was incurred ____

Last 4 digits of account number **9903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2005 Tremcar Pneumatic Trailer VIN 2TLHB42205B001484 Trailer # 133**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ascentium Capital**
23970 US-59
Kingwood, TX 77339

Date(s) debt was incurred ____

Last 4 digits of account number **9528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2019 Fontaine Flat Bed Trailer VIN 13N148204K1535717 Trailer # 149**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Askins & Sons Trucking**

Date(s) debt was incurred ____

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Auxilior Capital Partners**
620 West Germantown Pike
Suite 450
Plymouth Meeting, PA 19462

Date(s) debt was incurred ____

Last 4 digits of account number **1580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2021 Peterbuilt Truck VIN 1XPBDP9X1MD707630 Truck # 721**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Auxilior Capital Partners**
620 West Germantown Pike
Suite 450
Plymouth Meeting, PA 19462

Date(s) debt was incurred ____

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2020 Peterbuilt Truck VIN 1XPXP49X2LD720364 Truck # 732**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Balboa Capital Corporation**
ATTN: Michelle A. Chingson
575 Anton Boulevard, Ste 1080
Costa Mesa, CA 92626

Date(s) debt was incurred **6/21/2022**

Last 4 digits of account number **6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Financing Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

5/01/24 5:36PM

Debtor No. 2:24-bk-00282c    Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 31 of 64
Cordial Logistics, LLC                              Case number (if known)
Name

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Channel Partners Capital**
**10900 Wayzata Blvd #300**
**Hopkins, MN 55305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2019 Mac Pneumatic Trailer__
__VIN MATA4223KX048112__
__Trailer # 123__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clay's Services, LLC**
**1426 sprague St #1**
**Akron, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services Rendered__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,594.87 |
|---|---|---|---|

**Comdata**
**PO Box 100647**
**Atlanta, GA 30384-0647**

Date(s) debt was incurred  __Revolving Credit__

Last 4 digits of account number  __S282__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gas Cards for Truck Fleet__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Commercial Credit Group**
**158 Woodshire Drive**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2022 Peterbuilt Truck__
__VIN 1XPXD49X0ND802024__
__Truck # 738__

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Commercial Credit Group**
**158 Woodshire Drive**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2022 Peterbuilt Truck__
__VIN 1XPXD49X0PD891953__
__Truck # 739__

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Commercial Credit Group**
**158 Woodshire Drive**
**Pittsburgh, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __2022 Peterbuilt Truck__
__VIN 1XPXD49X4ND789455__
__Truck # 744__

Is the claim subject to offset?  ■ No  ☐ Yes

5/01/24  5:36PM

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Commercial Credit Group**
**158 Woodshire Drive**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **2023 Peterbuilt Truck**
**1XPXD49X0-D892326**
**Truck # 745**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Commercial Credit Group**
**158 Woodshire Drive**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **2024 Peterbuilt Truck**
**VIN 1XPXD49X4RD898892**
**Truck # 759**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Commercial Credit Group**
**158 Woodshire Drive**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **2024 Peterbuilt Truck**
**VIN 1XPXD49X5RD898903**
**Truck # 761**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Crossroads Equipment Lease and Financial**
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **9778**

Basis for the claim:  **2023 Mac Pneumatic Trailer**
**VIN 5MATA4222PA063873**
**Trailer # 118**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Crossroads Equipment Lease and Financial**
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **9391**

Basis for the claim:  **2023 Mac Pneumatic Trailer**
**VIN 5MATA4226PA071216**
**Trailer # 121**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Crossroads Equipment Lease and Financial**
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **2019 2023 Mac Pneumatic Trailer**
**VIN 5MATA4229PA071212**
**Trailer # 122**

Is the claim subject to offset?  ■ No  ☐ Yes

---

5/01/24  5:36PM

Debtor No. 2:24-bk-00282   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 33 of 64
Cordial Logistics, LLC                              Case number (if known)
Name

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crossroads Equipment Lease and Financial**
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number  **8934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2023 Mac Dump Trailer**
**VIN 5MADN4021PW069419**
**Trailer # 134**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crossroads Equipment Lease and Financial**
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number  **9698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2023 Mac Pneumatic Trailer**
**VIN 5MATA4228PA071217**
**Trailer # 138**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crossroads Equipment Lease and Financial**
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2024 Mac Pneumatic Trailer**
**VIN 5MATA4226RA071218**
**Trailer # 142**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DC&S Logistics, LLC**
**351 Centerville Road**
**Rock Cave, WV 26234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Equify Financial, LLC**
**777 Main St #3900**
**Fort Worth, TX 76102**

Date(s) debt was incurred  **3/6/23 & 3/21/23**

Last 4 digits of account number  **1002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2023 Peterbuilt Truck**
**VIN 1XPXD49X9PD868570**
**Truck # 753**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Equify Financial, LLC**
**777 Main St #3900**
**Fort Worth, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number  **109L**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2023 Peterbuilt Truck**
**VIN 1XPXD49X9PD887335**
**Truck # 754**

Is the claim subject to offset? ■ No ☐ Yes

5/01/24 5:36PM

Debtor No. 2:24-bk-00282   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 34 of 64
Cordial Logistics, LLC                                    Case number (if known)
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fountain Equipment Finance**
8331 E. Walker Springs Lane
Ste 203 - Onyx Pointe 2
Knoxville, TN 37923

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  2023 Mac Food Grade Trailer
VIN 5MATA4426PX070951
Trailer # 124

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Glockner Finance**
4746 Scioto Trail
Portsmouth, OH 45662

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  2015 Gallegos Pneumatic Trailer
VIN 3DG1N4256FG000228
Trailer # 706

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Pond**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Wohlbach**
4482 Snake Run Rd
Alderson, WV 24910

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JBH Trucking, LLC**
4152 Alton Rd
French Creek, WV 26218

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Johnny Marshall Trucking**
491 Reynolds Rd
Morehead, KY 40351

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Keystone Equipment Finance Corp**
**433 New Park Avenue**
**West Hartford, CT 06110**

Date(s) debt was incurred  **3/6/2023**

Last 4 digits of account number  **1EFA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1996 Great Dane Stacker Trailer**
**VIN 1GRAA9622TS063128**
**Trailer # 143**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KLC Financial, LLC**
**4350 Baker Rd, Ste 100**
**Minnetonka, MN 55343**

Date(s) debt was incurred  _

Last 4 digits of account number  **4A04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2015 Trail King Pneumatic Trailer**
**VIN 1TKP0422XFW095900**
**Trailer # 144**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KLC Financial, LLC**
**4350 Baker Rd, Ste 100**
**Minnetonka, MN 55343**

Date(s) debt was incurred  _

Last 4 digits of account number  **4A02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2015 Trail King Pneumatic Trailer**
**VIN 1TKP04223FW085788**
**Trailer # 145**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KLC Financial, LLC**
**4350 Baker Rd, Ste 100**
**Minnetonka, MN 55343**

Date(s) debt was incurred  _

Last 4 digits of account number  **4A03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2014 Trail King Pneumatic Trailer**
**VIN 1TKP04221EW024258**
**Trailer # 146**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KLC Financial, LLC**
**4350 Baker Rd, Ste 100**
**Minnetonka, MN 55343**

Date(s) debt was incurred  _

Last 4 digits of account number  **4A01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2015 Trail King Pneumatic Trailer**
**VIN 1TKP04222FW075320**
**Trailer # 147**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KLC Financial, LLC**
**4350 Baker Rd, Ste 100**
**Minnetonka, MN 55343**

Date(s) debt was incurred  _

Last 4 digits of account number  **4A05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2019 Mac Pneumatic Trailer**
**VIN 5MATA4226KX050419**
**Trailer # 148**

Is the claim subject to offset?  ■ No  ☐ Yes

---

5/01/24 5:36PM

Debtor No. 2:24-bk-00282c   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 36 of 64
       Cordial Logistics, LLC                                    Case number (if known)
       Name

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kraft Tank Corporation**<br>**320 Kindleberger Rd**<br>**Kansas City, KS 66115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7003** | Basis for the claim:  **2012 Mac Pneumatic Trailer**<br>**VIN 5MATA4229CA021257**<br>**Trailer #119** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kraft Tank Corporation**<br>**320 Kindleberger Rd**<br>**Kansas City, KS 66115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7002** | Basis for the claim:  **2012 Mac Pneumatic Trailer**<br>**VIN 5MATA4220CA021695**<br>**Trailer # 125** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **M2 Equipment Finance**<br>**20800 Swenson Drive, Ste 475**<br>**Waukesha, WI 53186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **2023 Mac Pneumatic Trailer**<br>**VIN 5MATA4220PA071213**<br>**Trailer # 126** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00** |
|---|---|---|---|
| | **Martin's Peterbuilt of Eastern Kentucky**<br>**174 Old Whitley Rd**<br>**London, KY 40744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mercedes-Benz Financial Services**<br>**PO Box 961**<br>**Roanoke, TX 76262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8709** | Basis for the claim:  **2016 Kenworth Truck**<br>**VIN 1XKYDP9X4GJ489107**<br>**Truck # 720** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mid Country Equipment Finance**<br>**7825 Washington Ave S, Ste 120**<br>**Bloomington, MN 55439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0608** | Basis for the claim:  **2019 Mac Pneumatic Trailer**<br>**VIN 5MATA4223KX048109**<br>**Trailer # 129** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

5/01/24 5:36PM

Debtor No. 2:24-bk-00282   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 37 of 64
Cordial Logistics, LLC                                          Case number (if known)
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mid Country Equipment Finance**
**7825 Washington Ave S, Ste 120**
**Bloomington, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0665**

Basis for the claim:  **2023 Peterbuilt Truck**
**VIN 1XPXD49X5PD799222**
**Truck # 737**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Midland States Bank**
**1201 Network Centre Drive**
**Effingham, IL 62401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1002**

Basis for the claim:  **2022 Peterbuilt Truck**
**VIN 1XPXD49XXND805545**
**Truck # 727**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Midland States Bank**
**1201 Network Centre Drive**
**Effingham, IL 62401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1003**

Basis for the claim:  **2022 Peterbuilt Truck**
**VIN 1XPXD49X7ND774397**
**Truck # 736**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**OG Transport Services, Inc of Ohio**
**4031 Colonel Glen Hwy**
**Dayton, OH 45431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Santander Bank, N.A.**
**PO Box 847386**
**Boston, MA 02284-7386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8000**

Basis for the claim:  **2022 Peterbuilt Truck**
**VIN 1XPXD49X0ND787864**
**Truck # 743**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sedosky & Associates, PLLC**
**14 E Lincoln St**
**Buckhannon, WV 26201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Accountant Services for 2023 tax prep unknown, but**
**less than $10,000.**

Is the claim subject to offset? ■ No ☐ Yes

---

5/01/24  5:36PM

Debtor No. 2:24-bk-00282   Cordiat Logistics, LLC   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 38 of 64
Name                                                                      Case number (if known)

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shadow Cat Trucking Inc**
**PO Box 205**
**Kingwood, WV 26537**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Tandem Finance Inc**
**3801 Automation Way Unit 207**
**Fort Collins, CO 80525**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2019 Peterbuilt Truck VIN 1XPXD49X5KD234445 Truck # 723**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Transportation Alliance Bank**
**4185 Harrison Blvd**
**Ogden, UT 84403**

Date(s) debt was incurred __
Last 4 digits of account number  **8687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2019 Peterbuilt Truck VIN 1XPXDP9X6KD617960 Truck # 728**

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | | **$7,409.71** |
|---|---|---|---|

**Wex Fleet One**
**1104 Country Hills Drive, 6th FL**
**Ogden, UT 84403**

Date(s) debt was incurred  **Revolving Credit**
Last 4 digits of account number  **2010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fuel Cards for Truck Fleet**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Wright and Sons Trucking**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Les Yeager**<br>**Stuart-Lippman and Associates, Inc.**<br>**5447 E 5th St., #110**<br>**Tucson, AZ 85711-2345** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | **9319** |

Debtor      Cordial Logistics, LLC        Case number (if known)
      Name

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.2** | **Les Yeager**<br>**Stuart-Lippman and Associates, Inc.**<br>**5447 E 5th St., #110**<br>**Tucson, AZ 85711-2345** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| **4.3** | **Les Yeager**<br>**Stuart-Lippman and Associates, Inc.**<br>**5447 E 5th St., #110**<br>**Tucson, AZ 85711-2345** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| **4.4** | **Rebecca L. Munoz, Esq.**<br>**Wright Law Group, PLLC**<br>**12333 Sowden Rd, Ste B, PMB #84356**<br>**Houston, TX 77080-2059** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| **4.5** | **Rhett D. Gonterman, Esq.**<br>**Gonterman & Meyer Law, LLC**<br>**25 NW Riverside Drive, Suite 310**<br>**Evansville, IN 47708** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| **4.6** | **Rhett D. Gonterman, Esq.**<br>**Gonterman & Meyer Law, LLC**<br>**25 NW Riverside Drive, Suite 310**<br>**Evansville, IN 47708** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| **4.7** | **United Leasing, Inc.**<br>**3700 E. Morgan Avenue**<br>**Evansville, IN 47715** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| **4.8** | **United Leasing, Inc.**<br>**3700 E. Morgan Avenue**<br>**Evansville, IN 47715** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    **4,400.00** |
| **5b. Total claims from Part 2** | 5b. + | $    **23,640.70** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    **28,040.70** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cordial Logistics, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | **DC&S Truck and Trailer Repair, LLC** |
|         List the contract number of any government contract | **1860 Old U.S. 33**<br>**Weirton, WV 26062** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | **Nexteir Oilfield Solutions, Inc.** |
|         List the contract number of any government contract | **3990 Rogerdale Road**<br>**Houston, TX 77042** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cordial Logistics, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **David Cordial** | **379 Centerville Road**<br>**Rock Cave, WV 26234** | **Balboa Capital Corporation** | ☐ D _____<br>☑ E/F __3.8__<br>☐ G _____ |
| 2.2 **David Cordial** | **379 Centerville Road**<br>**Rock Cave, WV 26234** | **Equify Financial, LLC** | ☐ D _____<br>☑ E/F __3.25__<br>☐ G _____ |
| 2.3 **David Cordial** | **379 Centerville Road**<br>**Rock Cave, WV 26234** | **Crossroads Equipment Lease and Financial** | ☐ D _____<br>☑ E/F __3.23__<br>☐ G _____ |

5/01/24  5:36PM

**Fill in this information to identify the case:**

Debtor name  **Cordial Logistics, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,300,000.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$8,979,122.90** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,811,982.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **JB&B Capital**<br>109 S Northshore Dr Ste 200<br>Knoxville, TN 37919 | **monthy payments of 6,277.46** | $18,517.38 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Crossroads Equipment Lease and Financial**<br>9385 Haven Avenue<br>Rancho Cucamonga, CA 91730 | **monthly payments of $9,376** | $21,187.43 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **TLG Peterbuilt - Louisville**<br>4415 Hamburg Pike<br>Jeffersonville, IN 47130 | **monthly payments of $18,421.01** | $36,842.02 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Blue Ridge Financial**<br>535 Washington Street<br>Buffalo, NY 14203 | **monthly payments** | $30,648.81 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Commercial Credit Group**<br>525 N Tryon St, Ste 1000<br>Charlotte, NC 28202 | **monthly payments of $16,870.00** | $36,093.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Equify Financial**<br>777 Main St #3900<br>Fort Worth, TX 76102 | **monthly payments of $12,516.00** | $25,198.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Contract Care** | 11/21/2023 | $15,032.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

5/01/24  5:36PM
Case 24-05329-LC   Doc 1   Filed 05/01/24   Entered 05/01/24 17:39:46   Page 44 of 64

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Auxilior Capital Partners**<br>**620 West Germantown Pike**<br>**Suite 450**<br>**Plymouth Meeting, PA 19462** | **2021 Peterbuilt**<br>**VIN 1XPBDP9X1MD707630**<br>**Truck # 721** | **1/24/24** | **$150,000.00** |
| **Midland States Bank**<br>**1201 Network Centre Drive**<br>**Effingham, IL 62401** | **2022 Peterbuilt Truck**<br>**VIN 1XPXD49XXND805545**<br>**Truck # 727** | **1/5/24** | **$250,000.00** |
| **Transportation Alliance Bank**<br>**4185 Harrison Blvd**<br>**Ogden, UT 84403** | **2019 Peterbuilt**<br>**VIN 1XPXD9X6KD617960**<br>**Truck # 728** | **1/15/24** | **$0.00** |
| **Auxilior Capital Partners**<br>**620 West Germantown Pike**<br>**Suite 450**<br>**Plymouth Meeting, PA 19462** | **2020 Peterbuilt Truck**<br>**VIN 1XPXP49X2LD720364**<br>**Truck # 732** | **1/24/24** | **$0.00** |
| **Midland States Bank**<br>**1201 Network Centre Drive**<br>**Effingham, IL 62401** | **2022 Peterbuilt Truck**<br>**VIN 1XPXD49X7ND774397**<br>**Truck # 736** | **1/8/24** | **$0.00** |
| **Equify Financial, LLC**<br>**777 Main St #3900**<br>**Fort Worth, TX 76102** | **2023 Peterbuilt Truck**<br>**VIN 1XPXD49X9PD868560**<br>**Truck # 753** | **1/23/24** | **$0.00** |
| **Equify Financial, LLC**<br>**777 Main St #3900**<br>**Fort Worth, TX 76102** | **2023 Peterbuilt Truck**<br>**VIN 1XPXD49X9PD88735**<br>**Truck # 754** | **1/23/24** | **$0.00** |
| **Crossroads Equipment Lease and Financial**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | **2023 Mac Pneumatic Trailer**<br>**VIN 5MATA4222PA063873**<br>**Trailer # 118** | **1/24/24** | **Unknown** |
| **Kraft Tank Corporation**<br>**320 Kindleberger Rd**<br>**Kansas City, KS 66115** | **2012 Mac Pneumatic Trailer**<br>**VIN 5MATA4229CA021257**<br>**Trailer # 119** | **2/12/24** | **Unknown** |
| **Channel Partners Capital**<br>**10900 Wayzata Blvd #300**<br>**Hopkins, MN 55305** | **2019 Mac Pneumatic Trailer**<br>**VIN 5MATA4223KX048112**<br>**Trailer # 123** | **1/17/24** | **$0.00** |

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Fountain Equipment Finance**<br>**8331 E. Walker Springs Lane**<br>**Ste 203 - Onyx Pointe 2**<br>**Knoxville, TN 37923** | **2023 Mac Food Grade Trailer**<br>**VIN 5MATA4426PX070951**<br>**Trailer # 124** | **2/29/24** | **$0.00** |
| **Kraft Tank Corporation**<br>**320 Kindleberger Rd**<br>**Kansas City, KS 66115** | **2012 Mac Pneumatic Trailer**<br>**VIN 5MATA4220CA021695**<br>**Trailer # 125** | **2/12/24** | **$0.00** |
| **Ascentium Capital**<br>**23970 US-59**<br>**Kingwood, TX 77339** | **2005 Tremcar Pneumatic Trailer**<br>**VIN 2TLHB42205B001484**<br>**Trailer # 133** | **12/28/23** | **$0.00** |
| **Crossroads Equipment Lease and**<br>**Financial**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | **2024 Mac Pneumatic Trailer**<br>**VIN 5MATA4226RA071218**<br>**Trailer # 142** | **1/24/24** | **$0.00** |
| **Keystone Equipment Finance Corp**<br>**433 New Park Avenue**<br>**West Hartford, CT 06110** | **1996 Great Dane Trailer**<br>**VIN 1GRAA9622TS063128**<br>**Trailer # 143** | **2/1/24** | **Unknown** |
| **KLC Financial, LLC**<br>**4350 Baker Rd, Ste 100**<br>**Minnetonka, MN 55343** | **2015 Trailk King Pneumatic Trailer**<br>**VIN 1TKP0422XFW095900**<br>**Trailer # 144** | **1/8/24** | **$0.00** |
| **KLC Financial, LLC**<br>**4350 Baker Rd, Ste 100**<br>**Minnetonka, MN 55343** | **2015 Trail King Pneumatic Trailer**<br>**VIN 1TKP04223FW085788**<br>**Trailer # 145** | **1/8/24** | **$0.00** |
| **KLC Financial, LLC**<br>**4350 Baker Rd, Ste 100**<br>**Minnetonka, MN 55343** | **2014 Trail King Pneumatic Trailer**<br>**VIN 1TKP04221EW024258**<br>**Trailer # 146** | **1/8/24** | **$0.00** |
| **KLC Financial, LLC**<br>**4350 Baker Rd, Ste 100**<br>**Minnetonka, MN 55343** | **2015 Trail King Pneumatic Trailer**<br>**VIN 1TKP04222FW075320**<br>**Trailer # 147** | **1/8/24** | **$0.00** |
| **KLC Financial, LLC**<br>**4350 Baker Rd, Ste 100**<br>**Minnetonka, MN 55343** | **2019 Mac Pneumatic Trailer**<br>**VIN 5MATA4226KX050419**<br>**Trailer # 148** | **1/18/24** | **$0.00** |
| **Unknown** | **2013 Great Dane Reefer Trailer**<br>**VIN 1GRAA0626DW702908**<br>**Trailer # 151** | **12/28/23** | **$0.00** |
| **Crossroads Equipment Lease and**<br>**Financial**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | **2023 Mac Pneumatic Trailer**<br>**VIN 5MATA4226PA071216**<br>**Trailer # 121** | **2/19/24** | **$0.00** |
| **Crossroads Equipment Lease and**<br>**Financial**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** | **2023 Mac Pneumatic Trailer**<br>**VIN 5MATA4229PA071212**<br>**Trailer # 122** | **2/12/24** | **$0.00** |

5/01/24  5:36PM

Debtor  Cordial Logistics LLC  No. 24-06829-C  Doc 1  Filed 05/01/24  Entered 05/01/24 17:39:46  Case number (if known)  Page 46 of 64

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Crossroads Equipment Lease and Financial 9385 Haven Avenue Rancho Cucamonga, CA 91730 | 2023 Mac Dump Trailer VIN 5MADN4021PW069419 Trailer # 134 | 2/16/24 | $0.00 |
| Crossroads Equipment Lease and Financial 9385 Haven Avenue Rancho Cucamonga, CA 91730 | 2023 Mac Pneumatic Trailer VIN 5MATA4228PA071217 Trailer # 138 | 2/19/24 | $0.00 |
| Ally Financial PO Box 380901 Bloomingdale, MN 55438 | 2020 Peterbuilt Truck VIN 1XPXD49X7LD640728 Truck # 731 | 4/11/24 | $150,000.00 |
| Mercedes-Benz Financial Services PO Box 961 Roanoke, TX 76262 | 2016 Kenworth Truck VIN 1XKYDP9X4GJ489107 Truck # 720 | 4/11/24 | $0.00 |
| Mid Country Equipment Finance 7825 Washington Ave S, Ste 120 Bloomington, MN 55439 | 2023 Peterbuilt Truck VIN 1XPXD49X5PD799222 Truck # 737 | 2/23/24 | $250,000.00 |
| Commercial Credit Group 158 Woodshire Drive Pittsburgh, PA 15215 | 2022 Peterbuilt Truck VIN 1XPXD49X0ND802024 Truck # 738 | 3/21/24 | $225,000.00 |
| Commercial Credit Group 158 Woodshire Drive Pittsburgh, PA 15215 | 2022 Peterbuilt Truck VIN 1XPXD49X0PD891953 Truck # 739 | 3/4/24 | $0.00 |
| Commercial Credit Group 158 Woodshire Drive Pittsburgh, PA 15215 | 2022 Peterbuilt Truck VIN 1XPXD49X4ND789455 Truck # 744 | 3/5/24 | $0.00 |
| Commercial Credit Group 158 Woodshire Drive Pittsburgh, PA 15215 | 2023 Peterbuilt Truck VIN 1XPXD49X0PD892326 Truck # 745 | 3/6/24 | $0.00 |
| Commercial Credit Group 158 Woodshire Drive Pittsburgh, PA 15215 | 2024 Peterbuilt Truck VIN 1XPXD49X4RD898892 Truck # 759 | 3/21/24 | $0.00 |
| Commercial Credit Group 158 Woodshire Drive Pittsburgh, PA 15215 | 2024 Peterbuilt Truck VIN 1XPXD49X5RD898903 Truck # 761 | 3/21/24 | $0.00 |
| Balboa Capital Corporation ATTN: Michelle A. Chingson 575 Anton Boulevard, Ste 1080 Costa Mesa, CA 92626 | 2018 Trail King Trailer VIN 1TKP04224JW057149 Trailer # 117 | 11/8/23 | Unknown |
| M2 Equipment Finance 20800 Swenson Drive, Ste 475 Waukesha, WI 53186 | 2023 Mac Pneumatric Trailer VIN 5MATA4220PA071213 Trailer # 126 | 2/23/24 | $0.00 |

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Mid Country Equipment Finance**<br>7825 Washington Ave S, Ste 120<br>Bloomington, MN 55439 | **2019 Mac Pneumatic Trailer**<br>VIN 5MATA4223KX048109<br>Trailer # 129 | **2/23/24** | **$0.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Balboa Capital Corporation vs Cordial Logistics, LLC and David Cordial**<br>**30-2023-01354483-CU-CL-WJC** | **Breach of Equipment Financian Agreement and Breach of a Written Personal Guaranty** | **Superior Court of California, Orange Co West Justice Center**<br>**814113th Street**<br>**Westminster, CA 92683-4593** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Equify Financial, LLC vs Cordial Logistics, LLC and David Cordial**<br>**017-349600-24** | **Breach of Contract** | **District Court of Tarrant County, Texas**<br>**100 North Calhoun Street, 3rd FL**<br>**Fort Worth, TX 76196** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **United Leasing, Inc. v Codial Logistics, LLC and David Cordial**<br>**82D05-2401-CC-000290** | **Demand for Payment** | **Vanderburgh County Superior Court**<br>**825 Sycamore St #216**<br>**Evansville, IN 47708** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Ally Bank vs Cordial Logistics, LLC**<br>**CC-49-2024-C-18** | **Repossession; Deficiency judgment** | **Circuit Court of Upshur County, WV**<br>**38 W Main St.**<br>**Buckhannon, WV 26201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

5/01/24 5:36PM

Debtor Cordial Logistics, LLC    Case number (if known) 24-90329    Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 48 of 64

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Patricia Craigger**<br>**5402 Salmon Run**<br>**Auburn, IN 46706** | **$10,000 - needed help purchasing a vehicle** | **7/29/2022** | **$10,000.00** |
| | **Recipients relationship to debtor**<br>**sister-in-law to David Cordial, Owner** | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SHEEHAN & ASSOCIATES, P.L.L.C.**<br>**1140 Main St., Ste 333**<br>**Wheeling, WV 26003** | **Attorney Fees** | **4/24/2024** | **$18,000.00** |
| | **Email or website address**<br>**martin@msheehanlaw.net** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

5/01/24 5:36PM

Debtor  Cordial Logistics, LLC      Case number (if known)   No. 1:24-bk-00329-C    Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 49 of 64

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Corey Cordial**<br>**351 Centerville Road**<br>**Rock Cave, WV 26234** | David Cordial owned 51% of DC&S Truck and Trailer Repair.  Corey Cordial owned 49%.  The business was not making.  Corey owned all tools and parts.  He purchased David's interest for $5,000.00. | **12/31/23** | **$5,000.00** |
| | Relationship to debtor<br>son | | | |

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citizens Bank of WV**<br>**211 Third Street**<br>**Elkins, WV 26241** | XXXX-3488 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/15/2023 | $629.47 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **DC&S Truck and Trailer Repair**<br>**1860 Old U.S. 33**<br>**Weston, WV 26452** | **David Cordial** | **Flatbed Equipment; Tires, Truck Parts** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ☑ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Sedosky & Associates, PLLC<br>14 E Lincoln St<br>Buckhannon, WV 26201 | 2018 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Sedosky & Associates, PLLC<br>14 E Lincoln St<br>Buckhannon, WV 26201 | 2018 - present |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | Shiana Cordial | 11/2022 - present |

5/01/24 5:36PM

Debtor   Cordial Logistics LLC          Doc 1    Filed 05/01/24    Entered 05/01/24 17:39:46    Page 52 of 64
Case number (if known) 7:39:46

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Tina Cordial** | **5/2018 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sedosky & Associates, PLLC**<br>**14 E Lincoln St**<br>**Buckhannon, WV 26201** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Auto Now Acceptance**<br>**302 Market St**<br>**Portsmouth, OH 45662** |
| 26d.2.   **JB&B Capital**<br>**109 S Northshore Dr Ste 200**<br>**Knoxville, TN 37919** |
| 26d.3.   **Blue Ridge Financial**<br>**535 Washington Street**<br>**Buffalo, NY 14203** |
| 26d.4.   **Crossroads Equipment Lease and Financial**<br>**9385 Haven Avenue**<br>**Rancho Cucamonga, CA 91730** |
| 26d.5.   **Fountain Equipment Finance**<br>**8331 E. Walker Springs Lane**<br>**Ste 203 - Onyx Pointe 2**<br>**Knoxville, TN 37923** |
| 26d.6.   **Siemens Financial Services**<br>**600 N Cedar Hollow Road**<br>**Paoli, PA 19301** |
| 26d.7.   **M2 Equipment Finance**<br>**20800 Swenson Drive, Ste 475**<br>**Waukesha, WI 53186** |
| 26d.8.   **Santander Bank, N A**<br>**3 Huntington Quad 101n**<br>**Melville, NY 11747** |
| 26d.9.   **Commercial Credit Group**<br>**158 Woodshire Drive**<br>**Pittsburgh, PA 15215** |
| 26d.10.  **Midland States Bank**<br>**1201 Network Centre Drive**<br>**Effingham, IL 62401** |

5/01/24 5:36PM

| Name and address | |
|---|---|
| 26d.11. | **TLG Peterbuilt - Louisville**<br>**4415 Hamburg Pike**<br>**Jeffersonville, IN 47130** |
| 26d.12. | **Equify Financial, LLC**<br>**777 Main St #3900**<br>**Fort Worth, TX 76102** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Cordial | 379 Centerville Road<br>Rock Cave, WV 26234 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☑ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/01/2024**

**/s/ David Cordial**                                          **David Cordial**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of West Virginia

In re **Cordial Logistics, LLC**

Debtor(s)

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,262.00 |
| Prior to the filing of this statement I have received | $ | 6,500.00 |
| Balance Due | $ | 9,762.00 |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; preparation and filing of motions pursuant to 11 USC; Preparation of Plan.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**5/01/2024**

*Date*

**/s/ Martin P. Sheehan**

**Martin P. Sheehan 4812**

*Signature of Attorney*

**SHEEHAN & ASSOCIATES, P.L.L.C.**
**1140 Main St., Ste 333**
**Wheeling, WV 26003**
**304-232-1064  Fax: 304-232-1066**
**martin@msheehanlaw.net**

*Name of law firm*

### United States Bankruptcy Court
#### Northern District of West Virginia

In re   **Cordial Logistics, LLC**                                    Case No. _____
                                        Debtor(s)          Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **5/01/2024** _____          Signature   **/s/ David Cordial** _____
                                                            **David Cordial**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   **Cordial Logistics, LLC** _____    Case No. _____
                                              Debtor(s)       Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **5/01/2024** _____          **/s/ David Cordial** _____
                                              **David Cordial**/**Owner**
                                              Signer/Title

Cordial Logistics, LLC
379 Centerville Road
Rock Cave, WV 26234


Martin P. Sheehan
SHEEHAN & ASSOCIATES, P.L.L.C.
1140 Main St., Ste 333
Wheeling, WV 26003


Ally Bank
200 Renaissance Center
Detroit, MI 48243


American Express
PO Box 60189
City of Industry, CA 91716-0189


AMUR Equipment Finance
PO Box 2555
Grand Island, NE 68801


Ascentium Capital
23970 US-59
Kingwood, TX 77339


Askins & Sons Trucking


Auto Now Acceptance
302 Market St
Portsmouth, OH 45662


Auxilior Capital Partners
620 West Germantown Pike
Suite 450
Plymouth Meeting, PA 19462


Balboa Capital Corporation
ATTN: Michelle A. Chingson
575 Anton Boulevard, Ste 1080
Costa Mesa, CA 92626


Blue Ridge Financial
535 Washington Street
Buffalo, NY 14203

Channel Partners Capital
10900 Wayzata Blvd #300
Hopkins, MN 55305


Clay's Services, LLC
1426 sprague St #1
Akron, OH 44305


Comdata
PO Box 100647
Atlanta, GA 30384-0647


Commercial Credit Group
158 Woodshire Drive
Pittsburgh, PA 15215


Crossroads Equipment Lease and Financial
9385 Haven Avenue
Rancho Cucamonga, CA 91730


David Cordial
379 Centerville Road
Rock Cave, WV 26234


DC&S Logistics, LLC
351 Centerville Road
Rock Cave, WV 26234


DC&S Truck and Trailer Repair, LLC
1860 Old U.S. 33
Weirton, WV 26062


Equify Financial, LLC
777 Main St #3900
Fort Worth, TX 76102


Fountain Equipment Finance
8331 E. Walker Springs Lane
Ste 203 - Onyx Pointe 2
Knoxville, TN 37923


Glockner Finance
4746 Scioto Trail
Portsmouth, OH 45662

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


James Pond


James Wohlbach
4482 Snake Run Rd
Alderson, WV 24910


JB&B Capital
109 S Northshore Dr Ste 200
Knoxville, TN 37919


JBH Trucking, LLC
4152 Alton Rd
French Creek, WV 26218


Johnny Marshall Trucking
491 Reynolds Rd
Morehead, KY 40351


Keystone Equipment Finance Corp
433 New Park Avenue
West Hartford, CT 06110


KLC Financial, LLC
4350 Baker Rd, Ste 100
Minnetonka, MN 55343


Kraft Tank Corporation
320 Kindleberger Rd
Kansas City, KS 66115


Lease Direct
PO Box 6980
Wayne, PA 19087


Les Yeager
Stuart-Lippman and Associates, Inc.
5447 E 5th St., #110
Tucson, AZ 85711-2345

M&T CREDIT SERVICES, LLC
PO BOX 900
Millsboro, DE 19966


M2 Equipment Finance
20800 Swenson Drive, Ste 475
Waukesha, WI 53186


Martin's Peterbuilt of Eastern Kentucky
174 Old Whitley Rd
London, KY 40744


Mercedes-Benz Financial Services
PO Box 961
Roanoke, TX 76262


Mid Country Equipment Finance
7825 Washington Ave S, Ste 120
Bloomington, MN 55439


Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401


Nexteir Oilfield Solutions, Inc.
3990 Rogerdale Road
Houston, TX 77042


OG Transport Services, Inc of Ohio
4031 Colonel Glen Hwy
Dayton, OH 45431


PNC Equipment Finance
655 Business Center Dr #250
Horsham, PA 19044


Rebecca L. Munoz, Esq.
Wright Law Group, PLLC
12333 Sowden Rd, Ste B, PMB #84356
Houston, TX 77080-2059


Rhett D. Gonterman, Esq.
Gonterman & Meyer Law, LLC
25 NW Riverside Drive, Suite 310
Evansville, IN 47708

Riley Rodgers, Esq.
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Ste 1100
Cleveland, OH 44114


Santander Bank, N.A.
PO Box 847386
Boston, MA 02284-7386


Sedosky & Associates, PLLC
14 E Lincoln St
Buckhannon, WV 26201


Shadow Cat Trucking Inc
PO Box 205
Kingwood, WV 26537


Siemens Financial Services
600 N Cedar Hollow Road
Paoli, PA 19301


Simmons Bank
501 W Washington Avenue
Jonesboro, AR 72401


Tandem Finance Inc
3801 Automation Way Unit 207
Fort Collins, CO 80525


TLG Peterbuilt - Louisville
4415 Hamburg Pike
Jeffersonville, IN 47130


Transportation Alliance Bank
4185 Harrison Blvd
Ogden, UT 84403


Triumph Business Capital
651 Canyon Drive, Suite 105
Coppell, TX 75019


United Leasing, Inc.
3700 E. Morgan Avenue
Evansville, IN 47715

Wex Fleet One
1104 Country Hills Drive, 6th FL
Ogden, UT 84403


Wright and Sons Trucking

5/01/24 5:36PM

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **Cordial Logistics, LLC**

                                                    Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cordial Logistics, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**5/01/2024**

Date

**/s/ Martin P. Sheehan**

**Martin P. Sheehan 4812**

Signature of Attorney or Litigant

Counsel for   **Cordial Logistics, LLC**

**SHEEHAN & ASSOCIATES, P.L.L.C.**

**1140 Main St., Ste 333**
**Wheeling, WV 26003**
**304-232-1064 Fax:304-232-1066**
**martin@msheehanlaw.net**